IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY CLIFFORD JACKSON,

   Petitioner,      No. CIV S-10-0504 GEB DAD P

  vs.

G. SWARTHOUT,

   Respondent.     ORDER

_____/

   Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 23, 2010, the court granted petitioner leave to proceed in forma pauperis; subsequently, petitioner submitted the $5.00 filing fee, erroneously believing that payment of the filing fee was necessary to avoid dismissal of his federal habeas action. Petitioner now asks that the filing fee be refunded.[1]

   Accordingly, IT IS HEREBY ORDERED that:

   1. Petitioner's October 1, 2010 request that his $5.00 filing fee be refunded (Doc. No. 23) is granted; and

---

[1] Petitioner also requests that the $5.00 filing fee submitted in Case No. CIV S-10-0494 GEB EFB P, be refunded. However, the undersigned can only issue orders in cases where he is the assigned magistrate judge. Petitioner is directed to file a separate request in his other case if he wishes to seek a refund of that filing fee.

1

2. The Clerk of the Court is directed to provide a copy of this order to the Financial Department.

DATED: October 25, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
jack0504.refund